CHRISTOPHER V. YERGENSEN, ESQ.
Nevada Bar No. 6183
**BLACK & WADHAMS**
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
yergensen@blacklobello.law
tblack@blacklobello.law
(702) 869-8801
(702) 869-2669 (fax)
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREEN STREAM HOLDINGS, INC., a Wyoming Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>PAUL KHAN, an individual; KEN WILLIAMS, an individual; CONNIE HELWIG, an individual; LEONARD LOVALLO, an individual; BRIAN WILMOT, an individual; TRACEY WOODS, an individual; CHARLES PETERSON, an individual; HAMMER & NAILS 2 CORP.; EAGLE EYE MEDIA LLC; HALL SALES AND MARKETING CONSULTING; AXILOGY CONSULTING CORPORATION; LEOLAH BROWN, an individual; NICHOLAUS KAMISH, an individual; 375 WALL CONSTRUCTION, LLC; MANNY VOLK, an individual; PREMIER EQUITY ADVISORS, LLC; PETER MATOUSEK, an individual; ZORHEK AQUA FARMS, INC.; COMPANY MINERA RIO SANGO LA MINRISAN; NGUYET NGUYEN, an individual; MEDICAN ENTERPRISES INC., a revoked Nevada Corporation; TERRIE SCOTT, an individual,<br><br>Defendants. | Case No: 2:20-cv-01328-GMN-DJA<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, GREEN STREAM HOLDINGS, INC., ("Green Stream"), by and through its

attorney, Christopher V. Yergensen, Esq., of the law firm of Black & Wadhams, hereby submits its Notice of Dismissal without prejudice pursuant to FRCP 41(a)(1)(A)(i).

Plaintiff filed its Complaint against Defendants on July 17, 2020.  None of the opposing parties have filed an answer or a motion for summary judgment.  Pursuant to FRCP 41(a)(1)(A)(i), voluntary dismissal of this action is appropriate.

Dated this 1st day of September 2020.

BLACK & WADHAMS

_____
CHRIS V. YERGENSEN, ESQ.
Nevada Bar No. 6183
10777 West Twain Avenue, Suite 300
Las Vegas, Nevada 89135
*Attorney for Plaintiff*
